FILED by YH D.C.

Jun 27, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20390-CR-SCOLA/TORRES**
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

CHARLES ERVIN PERPALL,

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute Controlled Substances**
**(21 U.S.C. § 846)**

From at least as early as in or around December 2015, and continuing through on or about March 31, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLES ERVIN PERPALL,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **CHARLES ERVIN PERPALL,** as a result of his own conduct, and the conduct of other conspirators reasonably

foreseeable to him, is 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

The controlled substance involved in the conspiracy attributable to **CHARLES ERVIN PERPALL**, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about December 4, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHARLES ERVIN PERPALL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

## COUNT 3
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about December 10, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHARLES ERVIN PERPALL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

### COUNT 4
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about March 9, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHARLES ERVIN PERPALL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

### COUNT 5
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about March 16, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHARLES ERVIN PERPALL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CHARLES ERVIN PERPALL,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1) or 846, as alleged in this Indictment, the defendant, **CHARLES ERVIN PERPALL,** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA ORSHAN FAJARDO
UNITED STATES ATTORNEY

_____
RILWAN ADEDUNTAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

vs.
                                                **CERTIFICATE OF TRIAL ATTORNEY***
**CHARLES ERVIN PERPALL**

Defendant.
_____ /    **Superseding Case Information:**

**Court Division:** (Select One)          New Defendant(s)         Yes ___ No ___
                                          Number of New Defendants ___
_X_ Miami    ___ Key West                 Total number of counts ___
___ FTL      ___ WPB    ___ FTP

    I do hereby certify that:

    1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

    2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

    3.  Interpreter:  (Yes or No)   _No_
        List language and/or dialect _____

    4.  This case will take   _0-5_   days for the parties to try.

    5.  Please check appropriate category and type of offense listed below:

        (Check only one)                            (Check only one)

        I    0 to 5 days      _X_                   Petty       ___
        II   6 to 10 days     ___                   Minor       ___
        III  11 to 20 days    ___                   Misdem.     ___
        IV   21 to 60 days    ___                   Felony      _X_
        V    61 days and over ___

    6.  Has this case been previously filed in this District Court? (Yes or No)   _No_
        If yes:
        Judge: _____  Case No. _____
        (Attach copy of dispositive order)
        Has a complaint been filed in this matter?   (Yes or No)   _No_
        If yes:
        Magistrate Case No. _____
        Related Miscellaneous numbers: _____
        Defendant(s) in federal custody as of _____
        Defendant(s) in state custody as of _____
        Rule 20 from the District of _____
        Is this a potential death penalty case? (Yes or No)   _No_

    7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

    8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No _X_

                                              _____
                                              RILWAN ADEDUNTAN
                                              ASSISTANT UNITED STATES ATTORNEY
                                              COURT ID NO. A5502193

*Penalty Sheet(s) attached                                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CHARLES ERVIN PERPALL

**Case No:** _____

Count 1:

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Sections 846

* **Max. Penalty**: 40 years' imprisonment

Count 2-5

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

* **Max. Penalty**: 20 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.